# EXHIBIT A

Solstice

April 2018

RE: Solstice Welcomes The National Association for Medical and Dental, Inc/Healthcare National Marketing, Incl

Dear Doctor,

Solstice is happy to announce that effective January 1, 2018***The National Association for Medical and Dental, Inc/Healthcare National Marketing, Inc.***has selected us as their carrier for theirdental PPO, DHMO, and Discount benefits administration. This group has over 25,000 members who will choose betweenone of the plans listed below:

- Solstice PPO
- DHMO-500B
- Discount Plan-Plus Plan One
- Discount Plan-Plus Plan Complete

**You may be a contracted provider for one or all plans.**

To verify eligibility, log into (or create an account)**Mysolstice.net** before providing any plan benefits.

Claims should be submitted to:

**Solstice**
**P.O. Box 14009**
**Lexington, KY 40512-4009**
**Payor ID: 76578**
**NEA: Solstice Benefits**

You can always call and verify eligibility information through ourInteractive Voice Response (IVR) system and request a faxed verification of eligibility thru our IVR by calling 877.760.2247.

Should you have any questions about this letter you may contact our Customer Service Department Monday thru Friday 8:00am to 6:00pm at 877.760.2247.You can also reach out to your local Solstice Provider Relations Representative or email ProviderRelations@SolsticeBenefits.com.

We look forward to continuing to promote your practice through our growing membership base!

Sincerely,

Your Dedicated Provider Relations Team

The recipient is entitled to request that the sender not send any future advertisements to its telephone facsimile machines. Failure to comply within 30 days from the date the request is properly made is unlawful. 866-632-3510 is the telephone number and 954-525-5852 is the fax number for the recipient to transfer such opt-out request.

P.O. Box 19199 * Plantation, FL 33318
877.760.2247
SolsticeBenefits.com