UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. LYNGAAS, D.D.S., P.L.L.C.,
individually and on behalf of all others
similarly-situated,

        Plaintiff,

v.

SOLSTICE  and
JOHN DOES 1-5,

        Defendants.
_____/

Case No. 22-cv-10830
Honorable Linda V. Parker

**<u>OPINION AND ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S RENEWED MOTION TO CERTIFY CLASS (ECF NOS. 182 & 186) AND (2) DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE (ECF NO. 190), MOTION TO STAY (ECF NO. 194), AND MOTION TO SET STATUS CONFERENCE (ECF NO. 195)</u>**

        This is a lawsuit filed under the Telephone Consumer Protection Act ("TCPA").  The action arises from a single, one-page fax sent on behalf of Defendant Solstice Benefits, Inc. ("Defendant") to dental providers, including Plaintiff Brian J. Lyngaas, D.D.S., P.L.L.C. ("Plaintiff"), on or about April 23, 2018.  (ECF No. 1 at PageID.2; ECF No. 1-1 at PageID.18.)

        The motion presently before the Court is Plaintiff's Renewed Motion for Class Certification.  (ECF No. 182 [redacted], 186 [sealed].)  Defendant has filed several related "time sensitive" motions including: (1) a Motion to Strike the

Renewed Motion for Class Certification (ECF No. 190); (2) a Motion to Stay Briefing on the Renewed Motion Pending Resolution of the Motion to Strike (ECF No. 194); and (3) a Motion for Status Conference on the class certification issue (ECF No 195).  The Parties also filed cross-motions for summary judgement on November 18, 2025.  (ECF Nos. 180 & 184.)

The Court denies Plaintiff's Renewed Motion for Class Certification without prejudice.  The Court will first await full briefing on the Parties' cross-motions for summary judgment.  If Plaintiff's claims survive, the Court will then consider whether renewed consideration of class certification is necessary.  As a note, the Court found it unnecessary and burdensome to clutter the docket with three additional motions — and to email the Court's case manager — to draw attention to this issue.  Such actions make it more difficult for the Court to manage its docket and resolve issues efficiently.

Conclusion

The Court **DENIES WITHOUT PREJUDICE** Plaintiff's Renewed Motion for Class Certification (ECF No. 182 [redacted], 186 [sealed]) and **DENIES AS MOOT** Defendant's related motions (ECF Nos. 190, 194, & 195).

**SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 2, 2025